DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD ROSS,**
Appellant,

v.

**JOSEPH P. CARBONE,**
Appellee.

No. 4D20-29

[April 29, 2020]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joseph Murphy, Senior Judge; L.T. Case No. 19-008187 DVCE (59).

Richard Ross, Lauderhill, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

The circuit court's ex parte temporary restraining order is affirmed as it was facially sufficient. *See T.B. v. State,* 990 So. 2d 651 (Fla. 4th DCA 2008). Our affirmance is without prejudice to the appellant's right to set his motion to dissolve for hearing. We also note that the statute contemplates a full hearing prior to the expiration of the ex parte injunction. *See* § 784.0485, Fla. Stat. (2019) ("Any such ex parte temporary injunction is effective for a fixed period not to exceed 15 days. A full hearing, as provided in this section, shall be set for a date no later than the date when the temporary injunction ceases to be effective. The court may grant a continuance of the hearing before or during a hearing for good cause shown by any party, which shall include a continuance to obtain service of process. An injunction shall be extended if necessary to remain in full force and effect during any period of continuance."). We express no opinion on the outcome of either the motion to dissolve or the required full hearing and did not consider any issues raised on appeal pertaining to either.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

*      *      *

***Not final until disposition of timely filed motion for rehearing.***